UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

| | | | |
|---|---|---|---|
| Case No. | CV 16-06948- ODW(PLAx) | Date | March 14, 2017 |
| Title | JNCO Holdings, LLC et al v. Guotai USA Co., Ltd. et al | | |

Present: The Honorable    OTIS D WRIGHT II, U.S. DISTRICT JUDGE

| Sheila English | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NO APPEARANCE | NO APPEARANCE |

Proceedings:

MINUTE ORDER (IN CHAMBERS)
ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    **Defendant**(s) is ordered to show cause in writing no later than **April 17, 2017** why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

    ●Plaintiff's filing of a **noticed motion** for entry of default judgment for the defendants- Jacob Abikzer and J & Company Jeans, LLC.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15<u>, no oral argument</u> on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

|  | : | N / A |
|---|---|---|
|  | Initials of Preparer | se |