UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 16-06948-ODW (PLA) | Date | June 2, 2017 |
|---|---|---|---|
| Title | *JNCO Holdings, LLC et al. v. Guotai USA Co. Ltd. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**  **In Chambers**

    Based on the parties' stipulation (ECF No. 96), the mediation originally scheduled for June 6, 2017, is hereby continued to August 10, 2017.  The Court will impose a $500 sanction on any party that fails to submit a proposed order with any future stipulation.

                                                                             : 00

Initials of Preparer   SE