GAIL MIGDAL TITLE
ADR SERVICES, INC.
1900 Ave. of the Stars, Suite 250
Los Angeles, CA 90067
310.201.0010  gtitle@adrservices.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| JNCO HOLDINGS, LLC<br><br>Plaintiff(s)<br>v.<br><br>GUOTAI USA CO., LTD.,<br><br>Defendant(s). | 2:16-cv-06948 ODW-PLA<br><br>MEDIATION REPORT |

*Instructions:* The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.

1. ☑ A mediation was held on (date): 8.10.17 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   _____.

Dated: 11·15·17

Signature of Mediator
GAIL MIGDAL TITLE
Name of Mediator (print)

The Mediator is to electronically file original document.

---

ADR-03 (01/14)   MEDIATION REPORT   Page 1 of 1