1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| JNCO HOLDINGS, LLC, et al. | CASE NO.: 2:16-cv-06948-ODW-PLA |
| Plaintiffs,<br>vs. | [Assigned for all purposes to the Hon. Otis D. Wright II, judge presiding] |
| GUOTAI USA CO., LTD., et al. | **ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY CUTOFF** |
| Defendants. | |
| ──────────────── | Old Date:    February 16, 2018<br>New Date:   March 19, 2018 |
| GUOTAI USA CO., LTD., et al., | |
| Third Party Plaintiffs, | |
| vs. | |
| J&COMPANY JEANS, LLC, et al., | |
| Third-Party Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOR GOOD CAUSE APPEARING, the modification of the Scheduling and Case Management Order (Jury Trials) entered on October 11, 2017 (Docket No. 103) is hereby ORDERED as follows:

| Event | Current Date: | Continued Date: |
|---|---|---|
| Expert and Non-expert discovery cut-off | February 16, 2018 | March 19, 2018 |

**SO ORDERED.**

Dated: December 20, 2017

By: _____

Hon. Otis D. Wright II