JONATHAN MARK LEVITAN, California SBN 106798
LAW OFFICES OF JONATHAN MARK LEVITAN
11620 Wilshire Boulevard, Suite 900
Los Angeles, California 90025
Telephone: (310) 979-9240
Fascimile: (310) 494-0068
E-Mail: jonathanlevitan@aol.com

Attorneys for Defendants
Joseph Cohen, Isaac Cohen and IC Brands, Inc.
and Defendants, Counter-Claimants and Third Party Plaintiffs.
Guotai USA CO., LTD., Jiangsu Guotai Litian Enterprises, Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JNCO HOLDINGS, LLC., et.al. <br><br> Plaintiff <br><br> vs. <br><br> GUOTAI (USA) CO., LTD, et.al. <br><br> Defendant. <br> _____ <br><br> GUOTAI USA CO., LTD., a California corporation, JIANGSU GUOTAI LITIAN ENTERPRISES CO., LTD., a Chinese business entity, <br><br> Defendants and Third Party Plaintiffs, <br><br> vs. <br><br> J&COMPANY JEANS, LLC., Revah Haim also known as Milo Revah, an individual and Jacob Abikzer, and Does 50-100. <br><br> Third Party Defendants. <br> _____ | CASE NO. 2:16-cv-06948-ODW-PLA <br><br> OPPOSITION TO MOTION TO SET ASIDE DEFAULT OF JACOB ABIKZER AND J&COMPANY JEANS, LLC <br><br> (Declarations of Isaac Cohen and Isaac Cohen filed concurrently herewith). <br><br> DATE: FEBRUARY 26, 2018 <br> TIME: 1:30 P.M. <br> COURT ROOM: First Street Courthouse, United States District Court, 350 West 1st Street, Los Angeles, CA 90012, Courtroom 5D, 5th Floor. <br><br> HONORABLE OTIS D. WRIGHT II |

---

1

OPPOSITION TO MOTION TO SET ASIDE DEFAULT OF JACOB ABIKZER
AND J&COMPANY JEANS, LLC,

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE notice Third Party Plaintiffs Guotai USA CO., LTD., and Jiangsu Guotai Litian Enterprises, Co., Ltd hereby oppose the motion filed by Jacob Abikzer and J&Company Jeans, LLC to set aside the default entered against them.

This opposition is based on these papers and the court file in this action.

DATED: January 30, 2018

        LAW OFFICES OF JONATHAN MARK LEVITAN

        BY: _____
           JONATHAN MARK LEVITAN, ESQ.
        Attorneys for Third Party Plaintiffs Guotai (USA) Inc., Jiangsu Guotai Litian Enterprises Co., LTD

2

OPPOSITION TO MOTION TO SET ASIDE DEFAULT OF JACOB ABIKZER AND J&COMPANY JEANS, LLC,

## MEMORANDUM OF POINTS AND AUTHORITIES

The Third Party Complaint was filed on October 31, 2016 (Docket #40) Mr. Abikzer was served at 540 West 40th Street, New York, New York 10018 (Docket # 75)  The default of Mr. Abikzer and J& Company Jeans were entered on March 13, 2017 ( Docket # 78 and 79).  Since about the same time Mr. Abikzer has been continuously represented by counsel.

Eight months later Mr. Abikzer formally asked that Third Party Plaintiffs to stipulate to set aside the default.  The length of time, together with Mr. Abikzer's misstatements to this Court does not justify setting aside his default.

## GOVERNING LAW ON SERVICE

California Code of Civil Procedure Section 415.10 et. seq provides various ways a summons can be served on a party.  Service can be achieved by the delivery of the summons to someone else at defendant's usual residence or place of business

### 540 West 40th Street, New York, New was Mr.. Abikzer's address at the time of Service

1. Mr, Abikzer's web page lists the address as his office. See, Exhibit 4 to the declaration of Joseph Cohen.

2. There is no doubt that the person listed on the web page is the Jacob Abikzer who  is a Third Party Defendant:

(i) He told Mr. Isaac Cohen he had an office in New York (see declaration of Isaac Cohen, page 3, line 11-12)

(ii) His Linked in page shows he was the President of Metropolitan Real Estate Investors, LLC  with an office in New York (Exhibit 1 to the Declaration of Joseph

3

OPPOSITION TO MOTION TO SET ASIDE DEFAULT OF JACOB ABIKZER AND J&COMPANY JEANS, LLC,

Cohen) A Statement of Information filed with the California Secretary of State on January 22, 2016 shows Metropolitan with the address of 1501 Rio Vista Avenue, Los Angeles 90023 with the Chief Executive Officer being Milo Revah. The same address was the office of the Third Party Defendants before Third Party Plaintiffs took over the lease in (See, Third Party Complaint, paragraph 6 ) (The Secretary of State Statement of Information is attached to the declaration of Joseph Cohen as Exhibit 2).

iv. Mr. Abikzer's current Google page not only shows his involvement in Metropolitan Real Estate Investors, LLC but shows precisely the same company which is listed on his web page and where he was served. That company, ag-llc, is listed on the Google page which is Exhibit 3 to the declaration of Joseph Cohen..

## MR. ABIKZER IS LESS THAN TRUTHFUL ABOUT HIS CONNECTION TO THE 54 WEST STREET ADDRESS

Mr. Abikzer does not admit 54 West 40th street is his office or that he has any connection to that address,

Instead, he clumsily seeks safety in the language of the statute. "54 West 40th Street , New York 10018" is not and has never been *a place of business* for either myself or J&Company" (emphasis added)  (Abikzer declaration, page 2, lines 23-24)   Adopting the language of the statute, Mr. Abikzer misrepresents the truth.  There is no question he had an office at that location and is lying about it

His statement is nonsensical and designed to mislead this Court.

His deception is revealed by his actions. In December 2017 when Joseph Cohen went on Mr. Abikzer's web page again, Mr, Abikzer had changed his web site to remove any reference to his previous office. (See declaration of Joseph Cohen and Exhibit 5.). Obviously if he had no connection to the address, why change it?

### DELAY

The default of Mr. Abikzer was entered into on March 13, 2017 The Motion concedes that the file was fully reviewed only by July 2017. But the motion cannot escape the fact that counsel did nothing about setting aside the default until November 2017 when a meet and confer letter was sent. Given that Mr. Abikzer indicated he did not want any part of the lawsuit (See Declaration of Isaac Cohen page 3, lines 8-12) it is a reasonable conclusion that the delay was attributable to the indifference on the part of Mr. Abikzer. Neither nor his lawyer have acted diligently and any ill conceived idea on the part of counsel for the Third Party Plaintiffs to take Mr. Abikzer's deposition while he was in default does not excuse the lack of diligence.

### PREJUDICE

Real prejudice will be suffered by the Third Party Plaintiffs. This gamesmanship should not be rewarded . Curiously, Mr. Abikzer alleges that these opposition parties would benefit from the setting aside of the default (Motion page 8, lines 12-15) The motion further asserts that such an event would allow Third Party Defendant to "provide evidence and give the testimony" including the evidence sought by Third Party Plaintiffs. (Motion, page 8. Lines 12-15).

5
OPPOSITION TO MOTION TO SET ASIDE DEFAULT OF JACOB ABIKZER AND J&COMPANY JEANS, LLC,

Third Party Plaintiffs have not had the opportunity to depose Mr. Abikzer and given the discovery cut off of March 30, 2018 it is virtually impossible to take his deposition in Israel before that deadline.

## CONCLUSION

The evidence strongly suggests that Mr. Abikzer did not take this case seriously.  Presumably living in Israel now he simply wanted to forget about this whole thing.  Having participated in the transactions alleged in the Third Party Complaint he simply cannot retreat when he feels like it.  The real reason why this motion was filed so late is because Mr. Abikzer wanted no part of the lawsuit,

Now, apparently, he has changed his mind and belatedly seeks relief.

He should not rewarded by this Court.

RESPECTFULLY SUBMITTED:

DATED: January 30, 2018

        LAW OFFICES OF JONATHAN MARK LEVITAN

         BY: /ss
          JONATHAN MARK LEVITAN, ESQ.
         Attorneys for Third Party Plaintiffs  Guotai (USA) Inc.,  Jiangsu Guotai Litian Enterprises Co., LTD

OPPOSITION TO MOTION TO SET ASIDE DEFAULT OF JACOB ABIKZER AND J&COMPANY JEANS, LLC,