JONATHAN MARK LEVITAN, California SBN 106798
LAW OFFICES OF JONATHAN MARK LEVITAN
11620 Wilshire Boulevard, Suite 900
Los Angeles, California 90025
Telephone: (310) 979-9240
Fascimile: (310) 494-0068
E-Mail: jonathanlevitan@aol.com

Attorneys for Defendants
Joseph Cohen, Isaac Cohen and IC Brands, Inc.
and Defendants, Counter-Claimants and Third Party Plaintiffs.
Guotai USA CO., LTD., Jiangsu Guotai Litian Enterprises, Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JNCO HOLDINGS, LLC., et.al. <br><br> Plaintiff <br><br> vs. <br><br> GUOTAI (USA) CO., LTD, et.al. <br><br> Defendant. <br><br>—<br><br>GUOTAI USA CO., LTD., a California corporation, et.al. <br><br> Defendants and Third Party Plaintiffs, <br><br> vs. <br><br> J&COMPANY JEANS, LLC., et.al. <br><br> Third Party Defendants. | CASE NO. 2:16-cv-06948-ODW-PLA <br><br> DECLARATION OF JOSEPH COHEN IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE THE DEFAULT OF JACOB ABIKZER AND J&COMPANY JEANS, LLC. <br><br> DATE: February 26, 2018 <br> TIME: 1:30 P.M. <br> COURT ROOM: First Street Courthouse, United States District Court, 350 West 1st Street, Los Angeles, CA 90012, Courtroom 5D, 5th Floor. <br><br> HONORABLE OTIS D. WRIGHT II <br><br> [FILED CONCURRENTLY WITH OPPOSITION TO MOTION TO SET ASIDE DEFAULT AND DECLARATION OF ISAAC COHEN IN SUPPORT] |

1

DECLARATION OF JOSEPH COHEN IN SUPPORT OF OPPOSITION TO
MOTION TO SET ASIDE THE DEFAULT OF JACOB ABIKZER.

I, Joseph Cohen declare:

1. If called upon to testify I could and would competently testify to the following. I make this declaration in support of the Opposition of Third Party Plaintiffs to set aside the Default of Jacob Abikzer and J&Company Jeans.

2. I am the Chief Financial Officer of Third Party Plaintiff Guotai USA Co., LTD Inc., a California Corporation. Guotai USA is a subsidiary of Third Party Plaintiff Jiangsu Guotai Litian Enterprises Co., Ltd. ("Litian).

3. At about the time that the Third Party Complaint was filed in late October 2016 I began trying to find out the whereabouts of Jacob Abikzer.

4. I first searched Linked in under his name. At the same time I searched the same site under the name of a company he was associated with Metropolitan Real Estate Investors, Inc. His connection to this Company is revealed on his Linkedin page

5. Attached hereto as Exhibit 1 is the current Linked in page for Mr. Abikzer. It identifies him as the president of Metropolitan Real Estate Investors in New York, New York.,

6. Attached hereto as Exhibit 2 is a printout form the California Secretary of State web page . I obtained this document from the web page. It is a Statement of Information for Metropolitan Real Estate Investors, LLC filed January 22, 2016. Mr. Haim Revah is shown as the Chief Executive Officer. Of course Mr. Revah is Mr. Abikzer's co-Third Party Defendant.

7. The same Statement of Information shows the entity, at least at the time of the filing of the Statement of Information having a street address of 1501 Rio Vista Avenue, Los Angeles, CA 90023.   The Rio Vista address was the address for all the Thirds Party Defendants and is identified in the Third Party Complaint

2

DECLARATION OF JOSEPH COHEN IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE THE DEFAULT OF JACOB ABIKZER.

8. I also did a Google search of Mr. Abikzer. The results of that search are attached as Exhibit 3. This shows his company as AGI-LLC which is identified in Exhibit 4 and Exhibit 5 below.

9. My investigation led me to discover Mr. Abikzer's web page. Exhibit 4 attached hereto is the *first* web page of Mr. Abikzer's This was obtained soon after the Third Party Complaint was filed and at a time when we were trying to serve Mr. Abizker. This clearly lists the address of Mr. Abikzer at the same address he was served at 54 West 40th Street, New York, NY 10018.

10. In late December 2017 I checked Mr. Abikzer's web page again. I believe this was before the motion to set aside his default was filed. The *second* web page is attached as Exhibit 5. Mr. Abikzer removed all reference to the New York address where he was served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Los Angeles, California on January 24, 2018

JOSEPH COHEN

3

DECLARATION OF JOSEPH COHEN IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE THE DEFAULT OF JACOB ABIKZER.

# EXHIBIT 1

 Search     Try Premium for free

What do smart CEOs do? – They use advisors. From Steve Jobs, to Elon Musk. Find your advisors today.   Ad ···

### Jacob Abikzer · 3rd
Real Estate Investments & Business Development Executive
Real Estate Investments & Business Development • American Jewish University, Los Angele...
Israel • 287

Connect   ···

Sourcing, evaluating, structuring, and managing investments in real estate transactions. Focus on the acquisition and management of properties in the US market, mainly Class A office buildings.

**Contact and Personal Info**
Jacob's Profile and Birthday
Show more ∨



**People Also Viewed**

 Yuval Avitan · 2nd
Founder & CEO at Nadlan.com

Shalom Bublil · 3rd
--

 Roni Torn-Hibler · 3rd
Mnanger at Entis Technologies ( LTd.

Haim Revah · 2nd
CEO at Metropolitan real estate investors

Jordan Sarick · 3rd
President at Eastwood Developi

 Norman Chesky · 3rd
President of HDtracks, Chesky R and Manhattan Production Mus

 Toi Irvin · 3rd
Toi Sells Homes

 Christina Sidoti · 3rd
Interior Designer at Christina Si LLC ; Real Estate with Halvatzis I

 Connie Crews · 3rd
Yacht Documentation & Registra

 Javier Zambrano · 3rd
Broker at Cityside Realty Group

**Learn the skills Jacob has**

Flash Photography: C Speedlites
Viewers: 8,328

Marketing Foundatioi
Understanding Consi

Messaging

## Experience

**Executive**
Real Estate Investments & Business Development
Jan 2015 – Present  • 3 yrs 1 mo

**President**
Metropolitan Real Estate Investors
Jan 2002 – Jan 2014  • 12 yrs 1 mo
New York, NY

Metropolitan Real Estate Investors, LLC (www.metropolitainvestors.com) is a US-based, privately held real estate investment firm that focuses on the acquisition and management of Class A office buildings throughout the United States.

Closely overseeing and responsible for the acquisition and management of all assets.

Snapshot of activities:
- Over 3 Million square feet of Class A office buildings acquired in Manhattan and the Midwest
- Over $1.1 Billion in total acquisition costs
- Over $85 Mill of yearly revenues, and over $45 Mill of yearly NOI
- Acquisitions from Nationally recognized Sellers – Blackstone, Trizec, SL Green, Tishman Speyer
- Over $800 Mill of Debt raised with lenders including: Wachovia, CIBC, Royal Bank of Canada
- Equity Partners included Goldman Sachs, institutional investors (in the US, Israel, Latin/South America), as well as high net worth individuals from the US and Europe.
- Acted as Managing Member, Asset Manager, and Property Manager
- Over 1,500,000 sq ft of executed leases.

**President**
Revatex, Inc.
1996 – 2002 • 6 yrs
Los Angeles, CA

 Exhibit 1-4

I was responsible for the management and operations of a large apparel business established in Los Angeles since 1985 (with 150-200 employees). Over this period, the company's brands

in   Search   🏠  👥²  💼  📋  🔔⁵  ⚫  ⋮⋮⋮   Try Premium for free

**President**
Indigo Concepts SAS
1999 – 2001 · 2 yrs
Paris, France

Subsidiary of Revatex Inc. for its European activities. Established in 1999, I lead this entity and developed its activities in 15 European countries with fully vertical operations in design, manufacturing, sales, and distribution (independent of the holding company in the US).

## Education

**American Jewish University, Los Angeles, CA**
Bachelor of Arts (B.A.), Business Finance and Political Science, With Honors (Summa Cum Laude)
1992 – 1996
Activities and Societies: Student Government

Graduated with Honors in Business Economics with a Major in Finance. Minored in Political Science - International Relations. Received Merit Scholarship.

**Henri IV High School - France**
High School Diploma - French Baccalaureat, Mathematics / Physics
1989 – 1992
Activities and Societies: Rugby team

Mathematics and Physics course of studies with the completion of the Baccalaureat diploma with Honors.

## Featured Skills & Endorsements

| Real Estate Trans... · 20 | Endorsed by Evan Storie and 1 other who is highly skilled at this |
| Investment Prope... · 11 | Abel Torres, MBA and 10 connections have given endorsements for this skill |
| Real Estate Devel... · 17 | Abel Torres, MBA and 16 connections have given endorsements for this skill |

Show more ⌄

## Accomplishments

**4 Languages**
English · French · Hebrew · Spanish

**1 Honor & Award**
The Building Of the Year BOMA award


Exhibit 1-5

## Interests

**Gaia Real Estate**
2,583 followers

**Mike Bloomberg**
Entrepreneur, philanthropist, and three-...
1,107,975 followers

EXHIBIT 2



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

28

**FILED**
Secretary of State
State of California

**JAN 22 2016**

2-1 ) 2016

This Space For Filing Use Only

**1. LIMITED LIABILITY COMPANY NAME**
Metropolitan Real Estate Investors, LLC

**File Number and State or Place of Organization**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION (If formed outside of California) |
|---|---|
| 200213710044 | California |

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE | 1501 S. Rio Vista Ave. | Los Angeles | CA | 90023 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | | |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | 1501 S. Rio Vista Avenue | Los Angeles | CA | 90023 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| 8. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Haim Revah | 705 North Alta Drive | Beverly Hills | CA | 90210 |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | Haim Revah | 705 North Alta Drive | Beverly Hills | CA | 90210 |
| 10. | | | | | |
| 11. | | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

**12. NAME OF AGENT FOR SERVICE OF PROCESS**
Haim Revah

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1501 S. Rio Vista Ave. | Los Angeles | CA | 90023 |

**Type of Business**

**14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY**
Real estate investment.

**15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.**

| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 12/28/15 | Haim Revah | Member | |

LLC-12 (REV 01/2014)  APPROVED BY SECRETARY OF STATE

Exhibit 2-6

EXHIBIT 3

Google | Jacob Abikzer

All    News    Images    Videos    Shopping    More        Settings    Tools

About 10,800 results (0.50 seconds)

### Jacob Abikzer | Professional Profile - LinkedIn
https://il.linkedin.com/in/jacob-abikzer-223850a ▼
Israel - Executive - Real Estate Investments & Business Development
View Jacob Abikzer's full profile. ... Metropolitan Real Estate Investors, LLC (www.metropolitainvestors.com) is a US-based, privately held real estate investment firm that focuses on the acquisition and management of Class A office buildings throughout the United States.

### Images for Jacob Abikzer

     

→ More images for Jacob Abikzer                        Report images

### Chasing Exotic Cars Is Their Pursuit - latimes
articles.latimes.com/2006/may/17/local/me-exotic17 ▼
May 17, 2006 - After a quick double take, Jacob Abikzer, 31, smiled, and the boys continued their filming as if he wasn't there. "They remind me of myself when I was their age," Abikzer said. Spyder and his young cohorts have become leading chroniclers of the Westside's exotic car world. Here, the finest European sports ...

### In the digital age, 'car-parazzi' kids chase down exotic autos - The ...
archive.boston.com › Cars › News
Jun 11, 2006 - After a double take, Jacob Abikzer, 31, smiled, and the boys continued their filming. "They remind me of myself when I was their age," Abikzer said. Spyder and his cohorts have become leading chroniclers of West LA's exotic car world. Here, the finest European sports cars – Ferraris, Lamborghinis, and ...

### Jacob Abikzer's Email | Real Estate Investments & Business ...
rocketreach.co/jacob-abikzer-email_45819319 ▼
Jacob Abikzer's Email Address - a******@yahoo.com | Show email & phone >>>

### agi-llc | ABOUT US
www.a-g-investments.com/about-us ▼
AGI is a real estate investments and consulting firm that focuses on investment strategies, acquisition, and management of commercial and residential properties throughout the United States. AG Investments was established by Jacob Abikzer who acts as its Principal and Managing Director.

### Jacob Abikzer Profiles | Facebook
https://www.facebook.com/public/Jacob-Abikzer ▼
View the profiles of people named Jacob Abikzer. Join Facebook to connect with Jacob Abikzer and others you may know. Facebook gives people the power to...

### Jacob Abikzer | Facebook
https://www.facebook.com/yaacov61
Jacob Abikzer is on Facebook. Join Facebook to connect with Jacob Abikzer and others you may know. Facebook gives people the power to share and makes the...

### Jacob Abikzer - YouTube
https://www.youtube.com/user/jacobabikzer ▼
Rabbin Salomon 'Sam' Abikzer - Office de Shabbat Rosh Hodesh avec Haftara 2eme Partie - Duration: 43 minutes. 21 views; 1 year ago. 35:53. Play next; Play now ...

### Owner of Madoff's Offices Seeks to Reorganize - The New York Times
https://dealbook.nytimes.com/2010/.../owner-of-lipstick-building-seeks-to-reorganize/ ▼
Nov 16, 2010 - In the affidavit, one of the company's managing members, Jacob Abikzer, cited the company's lack of liquidity on the weak commercial real estate market. "The recent violent downturn in the building and real estate markets have had a significant impact on the debtor's operations." Mr. Abikzer said in the ...

Exhibit 3-7

1 2 3 4 5 6 7 8 9 10     Next

90023, Los Angeles, CA - From your phone (Location History) - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Exhibit 3-8

EXHIBIT 4

 **AGI - Investments & Consulting**   HOME   ABOUT US   TRANSACTIONS   CONTACT

## Our Firm

AGI (AGI LLC) is a real estate investments and consulting firm that focuses on investment strategies, acquisition, and management of commercial and residential properties throughout the United States.

AG Investments (AGI LLC) was established by Jacob Abikzer who acts as its Principal and Managing Director.

Mr Abikzer conducted and advised on numerous high-profile transactions since 2002:

- Over 3 Million square feet of Class A office buildings acquired in Manhattan and the Midwest
- Over $1.1 Billion in total acquisition costs
- Over $85 Mill of yearly revenues with $45 Mill of yearly NOI
- Acquisitions from Nationally recognized Sellers such as Blackstone, Trizec, Crescent Properties, SL Green, Tishman Speyer
- Over $800 Mill of Debt raised with lenders including: Wachovia, CIBC, Royal Bank of Canada
- Equity Partners included Goldman Sachs, institutional investors (in the US, Israel, South America), as well as high net worth individuals from the US and Europe.
- Wholly owned subsidiaries acted as Managing Member, Asset Manager, and Property Manager
- Over 1,500,000 sq ft of executed leases.



Our network of professionals in the field of asset and property management are capable of delivering hands-on value creation at the property level. We use our asset management and acquisition teams extensively in the investment analysis process and we specifically seek out investment opportunities where we can leverage the skills and expertise of our professionals. Additionally, we partner with local real estate professionals (leading leasing agents and brokers) who have specific knowledge and insight into local real estate markets or asset classes. These professionals not only provide the firm with hands-on operating knowledge and expertise, but are also a source of proprietary deal flow.

Our extensive network provides a highly competitive advantage throughout the acquisition process. In every aspect of the business, from deal sourcing to asset management, our dedicated team develops a thorough understanding of each asset's competitive position in order to maximize value. Our comprehensive internal underwriting process is driven by years of industry experience, market vision, and specific asset positioning. As complex investment vehicles demand creative financial and tax planning, we employ the industry's top consultants and advisors for each client and investment.

© 2015 by AGI LLC

Ex 4 -9

 **AGI - Investments & Consulting**   HOME   ABOUT US   TRANSACTIONS   CONTACT

## Contact

**Address**
AGI LLC

54 W 40th Street
New York, NY 10018, USA
Tel: +1-917-963-8105

7 Dubnov Street
6473207 Tel Aviv, Israel
Tel: +972-58-727-2007

Name    Message
Email
Subject

Send

 

© 2015 by AGI LLC

Exhibit 4-10

EXHIBIT 5

 **AGI - Investments & Consulting**   HOME   ABOUT US   TRANSACTIONS   CONTACT

## Our Firm

AGI is a real estate investments and consulting firm that focuses on investment strategies, acquisition, and management of commercial and residential properties throughout the United States.

AG Investments was established by Jacob Abikzer who acts as its Principal and Managing Director.

Mr. Abikzer conducted and advised on numerous high-profile transactions since 2002:

- Over 3 Million square feet of Class A office buildings acquired in Manhattan and the Midwest
- Over $1.1 Billion in total acquisition costs
- Over $85 Mill of yearly revenues with $45 Mill of yearly NOI
- Acquisitions from Nationally recognized Sellers such as Blackstone, Trizec, Crescent Properties, SL Green, Tishman Speyer
- Over $800 Mill of Debt raised with lenders including: Wachovia, CIBC, Royal Bank of Canada
- Equity Partners included Goldman Sachs, Institutional Investors (in the US, Israel, South America), as well as high net worth individuals from the US and Europe.
- Wholly owned subsidiaries acted as Managing Member, Asset Manager, and Property Manager
- Over 1,500,000 sq ft of executed leases.



Our network of professionals in the field of asset and property management are capable of delivering hands-on value creation at the property level. We use our asset management and acquisition teams extensively in the investment analysis process and we specifically seek out investment opportunities where we can leverage the skills and expertise of our professionals. Additionally, we partner with local real estate professionals (leading leasing agents and brokers) who have specific knowledge and insight into local real estate markets or asset classes. These professionals not only provide the firm with hands-on operating knowledge and expertise, but are also a source of proprietary deal flow.

Our extensive network provides a highly competitive advantage throughout the acquisition process. In every aspect of the business, from deal sourcing to asset management, our dedicated team develops a thorough understanding of each asset's competitive position in order to maximize value. Our comprehensive internal underwriting process is driven by years of industry experience, market vision, and specific asset positioning. As complex investment vehicles demand creative financial and tax planning, we employ the industry's top consultants and advisors for each client and investment.

© 2015

Exhibit 5-11

 **AGI - Investments & Consulting**   HOME   ABOUT US   TRANSACTIONS   CONTACT

## Contact

### Address

AGI

1 Shankar Street
4672501 Herzliya, Israel
Tel: +972-58-727-2007
Tel: +1-917-963-8105

Name       Message

Email

Subject

Send



© 2015

Exhibit J-12

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11620 Wilshire Boulevard, Suite 900 Los Angeles, California 90025.

On January 30, 2018 I served the foregoing document described as

**DECLARATION OF JOSEPH COHEN IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE THE DEFAULT OF JACOB ABIKZER AND J&COMPANY JEANS, LLC.**

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes with postage thereon fully prepaid in the United States mail addressed as follows:

Joseph A. Lopez, Esq
Novian & Novian, LLP
1801 Century Park East
Suite 1201
Los Angeles, CA 90067

I so deposited such envelopes at Los Angeles, California, in the ordinary course of business, being readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as claimed in this affidavit.

[X]   **AND BY ELECTRONIC MAIL** Per agreement of the parties, I caused the above documents to be electronically mailed to the following e-mail addresses Joseph@novianlaw.com

I am a member of the bar of this court

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2018 at Los Angeles, California.

_Jonathan M. Levitan_

14

NOTICE OF INTENT TO SERVE SUBPOENA ON MOSS ADAMS