FARHAD NOVIAN, ESQ. (SBN 118129)
farhad@novianlaw.com
JOSEPH A. LOPEZ, ESQ. (SBN 268511)
joseph@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone:  (310) 553-1222
Facsimile:   (310) 553-0222

Attorneys for Plaintiffs JNCO Holdings, LLC and JNCO, LLC; Third-Party Defendants Revah Haim, Jacob Abikzer, and J & Company Jeans, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JNCO HOLDINGS, LLC, et al.<br><br>     Plaintiffs,<br>  vs.<br><br>GUOTAI USA CO., LTD., et al.<br><br>     Defendants.<br>_____<br><br>GUOTAI USA CO., LTD., et al.,<br><br>     Third Party Plaintiffs,<br><br>  vs.<br><br>J&COMPANY JEANS, LLC, et al.,<br><br>     Third-Party Defendants. | CASE NO.: 2:16-cv-06948-ODW-PLA<br><br>[Assigned for all purposes to the Hon. Otis D. Wright II, judge presiding]<br><br>**NOTICE OF SETTLEMENT** |

- 1 –

**TO THIS HONORABLE COURT:**

Plaintiffs JNCO Holdings, LLC and JNCO, LLC (collectively "Plaintiffs"); Third-Party Defendants Revah Haim aka Milo Revah, Jacob Abikzer, and J & Company Jeans, LLC; Defendants (collectively, "Third-Party Defendants") and Third-Party Plaintiffs Guotai USA Co., Ltd. and Jiangsu Guotai Litian Enterprises Co. Ltd. (collectively, "Third Party Plaintiffs"); and Defendants Isaac Cohen, Joseph Cohen and IC Brand, Inc. (collectively, "Defendants")(collectively, Plaintiffs, Third-Party Defendants, Third-Party Plaintiffs and Defendants shall be referred to herein as the "Parties") have reached a settlement of this action in its entirety.

It is anticipated that the settlement will be finalized and a Stipulated Request for Voluntary Dismissal filed within thirty (30) days of the date of this notice. In light of the Parties' settlement, and in accordance with Local Rule 40-2, the Parties jointly request that all pending deadlines and hearings be taken off calendar.

Dated: February 2, 2018          **NOVIAN & NOVIAN, LLP**

By:/s/ Joseph A. Lopez
   FARHAD NOVIAN
   JOSEPH A. LOPEZ
Attorneys for Plaintiffs JNCO Holdings, LLC and JNCO, LLC; Third-Party Defendants Revah Haim, Jacob Abikzer, and J & Company Jeans, LLC

| | |
|---|---|
| Dated: February 2, 2018 | **LAW OFFICES OF JONATHAN M. LEVITAN** |
| | By: /s/ Jonathan M. Levitan |
| | JONATHAN M. LEVITAN |
| | Attorneys for Defendants and Third-Party Plaintiffs Guotai USA Co., Ltd. and Jiangsu Guotai Litian Enterprises Co. Ltd.; and Defendants Isaac Cohen, Joseph Cohen and IC Brand, Inc. |

### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 (2)(i), regarding signatures, I attest that concurrence in this filing of the document has been obtained from the other signatories listed above.

Dated: February 2, 2018          /s/ Joseph A. Lopez
                                 Joseph A. Lopez