UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:16-cv-6948-ODW-PLA | Date | February 2, 2018 |
|---|---|---|---|
| Title | *JNCO Holdings, LLC et al. v. Guotai USA Co., Ltd. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                                **In Chambers**

     In light of the parties' recent Notice of Settlement (ECF No. 119), the Court **DISMISSES** this action without prejudice.  On or before **March 20, 2018**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1]  If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action with prejudice.  Fed. R. Civ. P. 41.

     The Court **VACATES** all other dates and deadlines in this action.  The pending Motion to Set Aside Default is **TERMINATED WITHOUT PREJUDICE**.  (ECF No. 114.)  The Clerk of the Court shall close the case.

                                                                  :     00

                                            Initials of Preparer    SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.